18

United States District Court
Southern District of Texas
ENTERED

AUG 0 7 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 7 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

ALEJANDRO RAMIREZ                    *
                                     *
VS.                                  *      CIVIL ACTION
                                     *      NO. B-97-005
UNITED STATES TECHNOLOGIES           *
SYSTEMS INC., d/b/a UNITED
TECHNOLOGIES AUTOMOTIVE AND
UNITED TECHNOLOGIES

O R D E R

Before this Court is the Magistrate Judge's Report and

Recommendation on the above-referenced cause of action.

After a de novo review of the entire file, it is the opinion

of this Court that the Magistrate Judge's Report and

Recommendation should be adopted.

It is therefore ORDERED, ADJUDGED AND DECREED that the

Defendant's Motion for Summary Judgment be and is hereby

GRANTED and this cause of action is hereby DISMISSED WITH

PREJUDICE.

DONE at Brownsville, Texas, this ____7____ day of

_____, 1998.

_____
Hilda G. Tagle
United States District Judge